FILED BY \_\_\_\_ YH \_\_ D.C.

Dec 5, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20803-CR-BLOOM/LOUIS

18 U.S.C. § 373

UNITED STATES OF AMERICA

vs.

SALMAN RASHID,
    a/k/a "Rasheed Salman,"
    a/k/a "Defender of the Deen,"

    Defendant.
    _____/

## INDICTMENT

The Grand Jury charges that:

Beginning on a date unknown to the Grand Jury, but at least as early as in or around May 2019, and continuing until on or about November 22, 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

SALMAN RASHID,
a/k/a "Rasheed Salman,"
a/k/a "Defender of the Deen,"

with intent that another person engage in conduct constituting a felony that has an element the use, attempted use, and threatened use of physical force against property and against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, solicited, commanded, induced, and otherwise endeavored to persuade such other persons to engage in such conduct, specifically, using a weapon of mass destruction, in

violation of Title 18, United States Code, Section 2332a(a)(2); all in violation of Title 18, United States Code, Section 373.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MICHAEL E. THAKUR
ASSISTANT UNITED STATES ATTORNEY

_____
RANDY HUMMEL
SENIOR LITIGATION COUNSEL

_____
DANIELLE ROSBOROUGH
TRIAL ATTORNEY, COUNTERTERRORISM SECTION
UNITED STATED DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             CASE NO. _____

v.

UNITED STATES V. SALMAN RASHID,          **CERTIFICATE OF TRIAL ATTORNEY***
a/k/a "Rasheed Salman,"
a/k/a "Defender of the Deen,"

                  **Defendant.**
_____/     **Superseding Case Information:**

**Court Division**: (Select One)         New Defendant(s)           Yes ____ No ____
                                         Number of New Defendants   ____
 _X_ Miami      ____ Key West            Total number of counts     ____
 ____ FTL       ____ WPB     ____ FTP

       I do hereby certify that:

  1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

  2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

  3.   Interpreter:   (Yes or No)   No
       List language and/or dialect  _____

  4.   This case will take   _8_   days for the parties to try.

  5.   Please check appropriate category and type of offense listed below:
       (Check only one)                          (Check only one)

       I    0  to 5 days     ____                Petty     ____
       II   6  to 10 days    _X_                 Minor     ____
       III  11 to 20 days    ____                Misdem.   ____
       IV   21 to 60 days    ____                Felony    _X_
       V    61 days and over ____

  6.   Has this case been previously filed in this District Court?  (Yes or No)   No
       If yes:
       Judge: _____     Case No. _____
       (Attach copy of dispositive order)
       Has a complaint been filed in this matter?   (Yes or No)   Yes
       If yes:
       Magistrate Case No.                    19-mj-3916-Becerra
       Related Miscellaneous numbers:         _____
       Defendant(s) in federal custody as of  November 22, 2019
       Defendant(s) in state custody as of    _____
       Rule 20 from the District of
       Is this a potential death penalty case? (Yes or No)   No

  7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ____    No _X_

  8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____    No _X_

                                         _____
                                         MICHAEL THAKUR
                                         ASSISTANT UNITED STATES ATTORNEY
                                         Court No. A5501474

*Penalty Sheet(s) attached                                       REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>SALMAN RASHID, a/k/a "Rasheed Salman," a/k/a "Defender of the Deen,"</u>

**Case No**: _____

Count 1:

<u>Solicitation to Commit a Crime of Violence</u>

<u>Title 18, United States Code, Section 373</u>

<u>**\*Max. Penalty:** 20 Years' Imprisonment</u>

Count:

_____

_____

**\* Max. Penalty**:_____

Count:

_____

_____

<u>**\*Max. Penalty:**</u>

Count:

_____

_____

**\* Max. Penalty**:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**