UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20803-CR-BLOOM

UNITED STATES OF AMERICA,
    *Plaintiff*

v.

SALMAN RASHID,
    *Defendant.*
_____/

## DEFENDANT'S MOTION TO RECONSIDER GOVERNMENT'S MOTION FOR SECOND PROTECTIVE ORDER LIMITING DISCLOSURE OF DISCOVERY INFORMATION

COMES NOW, Defendant SALMAN RASHID, by and through the undersigned counsel, hereby files this Defendant's Motion to Reconsider Government's Motion for Second Protective Order Limiting Disclosure of Discovery Information, and as grounds in support therein would state the following:

1. Undersigned counsel was appointed to represent Defendant, taking over the matter from the Federal Public Defender's Office on January 29, 2021.

2. Defendant attempted to take possession of discovery in the possession of the FPD's office, but due to the entry of the First Protective Order in this matter [D.E. 15], was directed to the U.S. Attorney's Office for the transfer.

3. AUSA Michael Thakur and counsel for Mr. Rashid have been in communication, with partial discovery having already been provided to counsel, prior to the filing of the instant motion.

4. However, additional discovery subject to the Government's Second Motion for Protective Order [D.E. 30] has yet to be provided.

5. The Government's Second Motion for Protective Order [D.E. 30] was filed on Friday, February 19, 2021. The CM/ECF notice provided to undersigned counsel via email on February 19, 2021 at 4:19pm informed of a March 5 deadline for any responses to be filed.

(*Exhibit A*).  Undersigned counsel had intended, as told to the Government and included in their Motion, to object to the entry of the Protective Order and intended to file a response.

6. The following Monday, February 22, 2021, this Court signed the Government's proposed order, granting their Motion [D.E. 31] without providing Defendant an opportunity to respond.

7. Defendant filed his response on Friday, February 26, 2021 [D.E. 32], but was later advised to file this Motion for Reconsideration as the Court had already entered the Order.

8. Defendant wishes to be heard on Government's Motion for Protective Order at the Court's convenience.

9. Undersigned counsel has conferred with the Government on this matter.

WHEREFORE, Defendant SALMAN RASHID prays this Honorable Court reconsider the prior entry of Government's Second Motion for Protective Order, and allow an opportunity for Defendant to be heard on the matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served upon all parties using the CM/ECF case filing portal on the 7th day of March, 2021.