Subject: Activity in Case 1:19-cr-20803-BB USA v. Rashid Motion for Protective Order
Date: Friday, February 19, 2021 at 4:18:59 PM Eastern Standard Time
From: cmecfautosender@flsd.uscourts.gov
To: flsd_cmecf_notice@flsd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered by Thakur, Michael on 2/19/2021 at 4:18 PM EST and filed on 2/19/2021
**Case Name:** USA v. Rashid
**Case Number:** 1:19-cr-20803-BB
**Filer:** USA
**Document Number:** 30

**Docket Text:**
**Second MOTION for Protective Order by USA as to Salman Rashid. Responses due by 3/5/2021 (Attachments: # (1) Text of Proposed Order)(Thakur, Michael)**

**1:19-cr-20803-BB-1 Notice has been electronically mailed to:**

Danielle S. Rosborough     danielle.rosborough@kobrekim.com

Matthew Patrick Meyers     Matt@MPM-Law.com

Michael Thakur     Michael.Thakur@usdoj.gov, alejandra.martinez@usdoj.gov, CaseView.ECF@usdoj.gov, guerlain.ruz@usdoj.gov, usafls-hqdkt@usdoj.gov

Randy Alan Hummel     randy.hummel@usdoj.gov, caseview.ecf@usdoj.gov, usafls-hqdkt@usdoj.gov, zoyla.rodriguez@usdoj.gov

**1:19-cr-20803-BB-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=2/19/2021] [FileNumber=20815749-0] [8c374e1ab822a884cd671a54556762912a4e56eaf787e130f536444200de6753aa
4c9997081db35d62a2cd07edf2c5441b7bef080dec64bcaeef85aaf7a197b7]]



**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=2/19/2021] [FileNumber=20815749-1] [98e6c19d2f2c642d79c8b87025b7a08086a8895738093a0db7a5a65dce29c53ac136e0465c4f5c721b9c1c0b2ea0f255cb59a67ca4ae20db62ef8e7a812308d3]]