UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20803-CR-BLOOM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**SALMAN RASHID**

    **Defendant.**

_____/

## ORDER ON
## MOTION TO DETERMINE COMPETENCY

**THIS CAUSE** is before the Court following a status conference where the Defendant's attorney raised the issue of the Defendant's competence to stand trial. The Court being advised, it is:

**ORDERED and ADJUDGED** that a psychological examination shall be conducted by the Bureau of Prisons to evaluate the Defendant's competency pursuant to 18 U.S.C. § 4241(b). The evaluation shall be conducted at the Federal Detention Center and the report of that examination shall, pursuant to 18 U.S.C. § 4247, be filed with the Court under seal.

**DONE AND ORDERED** in Chambers, at Miami, Florida on June 11, 2021.

                                                      **BETH BLOOM**
                                                      **UNITED STATES DISTRICT JUDGE**

cc: counsel of record