UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20803-CR-BLOOM/LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALMAN RASHID,

    Defendants.

_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW, Defendant, SALMAN RASHID, by and through undersigned counsel, hereby moves this Honorable Court for a continuance of trial in the above-styled matter, and as grounds in support therein would state the following:

1. This matter is scheduled for Calendar Call on September 22, 2021 and on the Court's Trial Calendar beginning September 27, 2021.
2. Mr. Rashid has been charged with one (1) count of Solicitation to commit a crime of violence in violation of 18 U.S.C. §373.
3. On June 11, 2021, The Court signed an Order on Defendant's Motion to Determine Competency, appointing two (2) doctors to evaluate Defendant's competency, one chosen by Defense counsel and the other by Bureau of Prisons.
4. After weeks of discussion and scheduling issues with Federal Detention Center – Miami ("FDC-Miami"), Dr. Marie DiCowden was scheduled to conduct her evaluation on Monday August 30 and Tuesday August 31, 2021 between 7:00A.M. and 9:00A.M., via remote videoconferencing technology. On Monday August 30, Defendant was not produced until 8:00A.M. and without video, only audio capabilities. On Tuesday

1

  August 31, the Defendant was not produced at all. Thus, Dr. DiCowden needs to continue conducting her evaluation at a later time to be scheduled with FDC-Miami.

5. Additionally, on August 31, undersigned counsel and counsel for the government was contacted by Metropolitan Detention Center – Los Angeles ("MDC-LA"), advising that Defendant has been designated for evaluation by their facility. The Psychology Services department of MDC-LA has requested the necessary Discovery and historical documents and records in order to complete their evaluation.

6. Based on the recency of the attempt to schedule the evaluation by BOP, along with the recent issues in conducting the evaluation experienced by Dr. DiCowden, additional time is necessary to determine Defendant's competency.

7. Undersigned counsel does not have a proposed setting, as MDC-LA was unable to provide me with an estimated time for the transportation from FDC-Miami to MDC-LA, conduct the evaluation, draft the report, and transport Defendant back to FDC-Miami.

8. Undersigned counsel has conferred with AUSA Michael Thakur, who has no objection to the instant motion.

9. This motion is made in good faith and not for the purposes of unnecessary delay. Additionally, the interests of justice served by a continuance outweigh the interests of the Defendant or public in proceeding to sentencing.

  WHEREFORE, Defendant prays this Honorable Court enter an Order continuing the Trial setting, affording the experts enough time to conduct competency evaluations and submit their respective reports.

                Respectfully submitted,

                /S/ Matthew P. Meyers, Esq.
                Matthew Meyers (Florida Bar #76250)
                Attorney for Defendant
                2103 Coral Way Suite 306
                Miami, FL 33145
                305-330-5445

Matt@MPM-Law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2021, the foregoing document was filed with the Clerk of the Court using CM/ECF electronic filing portal.

By: /S/ Matthew P. Meyers, Esq
Counsel for Defendant

3