UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20803-CR-BLOOM/LOUIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SALMAN RASHID,

        Defendants.

_____/

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW, Defendant, SALMAN RASHID, by and through undersigned counsel, hereby moves this Honorable Court for a continuance of trial in the above-styled matter, and as grounds in support therein would state the following:

1. This matter is scheduled for Calendar Call on December 14, 2021 and on the Court's Trial Calendar beginning January 3, 2022.

2. Mr. Rashid has been charged with one (1) count of Solicitation to commit a crime of violence in violation of 18 U.S.C. §373.

3. On June 11, 2021, The Court signed an Order on Defendant's Motion to Determine Competency, appointing two (2) doctors to evaluate Defendant's competency, one chosen by Defense counsel and the other by Bureau of Prisons.

4. After weeks of discussion and scheduling issues with Federal Detention Center – Miami ("FDC-Miami"), Dr. Marie DiCowden was scheduled to conduct her evaluation on Monday August 30 and Tuesday August 31, 2021 between 7:00A.M. and 9:00A.M., via remote videoconferencing technology.  On Monday August 30, Defendant was not produced until 8:00A.M. and without video, only audio capabilities.  On Tuesday

1

August 31, the Defendant was not produced at all.  Thus, Dr. DiCowden needs to continue conducting her evaluation at a later time to be scheduled with FDC-Miami.

5. Additionally, on August 31, undersigned counsel and counsel for the government was contacted by Metropolitan Detention Center – Los Angeles ("MDC-LA"), advising that Defendant has been designated for evaluation by their facility.  The Psychology Services department of MDC-LA has requested the necessary Discovery and historical documents and records to complete their evaluation.

6. Since the last court date, neither competency evaluation has been completed.  Both undersigned counsel and the government have attempted to speak with MDC-LA regarding the timeframe for evaluation, without any response.  Additionally, Dr. DiCowden suffered additional medical issues necessitating surgery.  As of early December, 2021, she has recovered and is able to complete the evaluation.

7. Additional time is needed to complete the competency evaluations.

8. Further, undersigned counsel seeks assistance from the Court to redesignate Mr. Rashid for evaluation at FDC-Miami, where he is currently housed.

9. Undersigned counsel has conferred with AUSA Michael Thakur, who has no objection to the instant motion.

10. This motion is made in good faith and not for the purposes of unnecessary delay.  Additionally, the interests of justice served by a continuance outweigh the interests of the Defendant or public in proceeding to sentencing.


WHEREFORE, Defendant prays this Honorable Court enter an Order continuing the Trial setting, affording the experts enough time to conduct competency evaluations and submit their respective reports.


Respectfully submitted,

/S/  Matthew P. Meyers, Esq.
Matthew Meyers (Florida Bar #76250)
Attorney for Defendant
2103 Coral Way Suite 306
Miami, FL 33145
305-330-5445

2

Matt@MPM-Law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 12, 2021, the foregoing document was filed with the Clerk of the Court using CM/ECF electronic filing portal.

By:     /S/  Matthew P. Meyers, Esq
Counsel for Defendant