```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 19-CR-20803-BB-1


    UNITED STATES OF AMERICA,          )  Pages 1-10
                                       )
                    vs.                )  Miami, Florida
                                       )
    SALMAN RASHID,                     )
                                       )  July 11, 2022
                    Defendant.         )  1:30 P.M.


              EXCERPT TRANSCRIPT OF COMPETENCY HEARING
                  BEFORE THE HONORABLE BETH BLOOM
                   UNITED STATES DISTRICT JUDGE


    APPEARANCES:

    For the Government:     MICHAEL THAKUR
                            United States Attorney's Office
                            99 NE 4th Street
                            Miami, Florida  33132

    For the Defendant:      MATTHEW PATRICK MEYERS
                            Matthew P. Meyers, P.A.
                            2103 Coral Way
                            Suite 401
                            Miami, Florida  33145









    Reported By:            VERNITA ALLEN-WILLIAMS
    Vernita_Allen-Williams  Official Court Reporter
    @flsd.uscourts.gov      United States District Court
    305.523.5048            400 North Miami Avenue
                            Miami, Florida  33128
```

```
 1                    INDEX OF WITNESSES
 2   DR. LISA FELDMAN:
 3              Direct Examination............Page 3
                Cross-Examination.............Page 8
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
01:50PM   1              (Proceedings were reported and not transcribed.)
01:50PM   2              MR. THAKUR:  At this time the government calls Dr. Lisa
01:50PM   3    Feldman.
01:50PM   4              THE COURT:  Dr. Feldman, good afternoon.
01:50PM   5              THE WITNESS:  Good afternoon.
01:50PM   6              (The witness is sworn.)
01:50PM   7              THE WITNESS:  I do.
01:50PM   8              THE COURTROOM DEPUTY:  Thank you.
01:50PM   9              Please state your name and spell it for the record.
01:50PM  10              THE WITNESS:  Dr. Lisa Beth Feldman, L-i-s-a, B-e-t-h,
01:50PM  11    F-e-l-d-m-a-n.
01:51PM  12              THE COURTROOM DEPUTY:  Thank you.
01:51PM  13               LISA FELDMAN, GOVERNMENT'S WITNESS, SWORN
01:51PM  14                            DIRECT EXAMINATION
01:51PM  15    BY MR. THAKUR:
01:51PM  16    Q.  Good afternoon, Dr. Feldman.
01:51PM  17    A.  Good afternoon.
01:51PM  18    Q.  Where do you work?
01:51PM  19    A.  I work at the Federal Detention Center in Miami.
01:51PM  20    Q.  And what do you do at the Federal Detention Center in Miami?
01:51PM  21    A.  I am a forensic psychologist.
01:51PM  22    Q.  And can you tell us what does that mean?  What do you do as a
01:51PM  23    forensic psychologist?
01:51PM  24    A.  I conduct court-ordered evaluations from various federal
01:51PM  25    courts, from mainly around the southeast region, on issues of
```

| | | |
|---|---|---|
| 01:51PM | 1 | competency to stand trial, criminal responsibility, diminished |
| 01:51PM | 2 | capacity, risk assessments, and treatment recommendations. |
| 01:51PM | 3 | Q.  Can you talk a little bit about your experience. |
| 01:51PM | 4 | How many, approximately, competency evaluations have you |
| 01:51PM | 5 | done during your time at the BOP? |
| 01:51PM | 6 | A.  Approximately several hundred evaluations. |
| 01:51PM | 7 | Q.  And how many times have you testified in federal court |
| 01:51PM | 8 | regarding federal competency? |
| 01:51PM | 9 | A.  Approximately 60 times. |
| 01:51PM | 10 | Q.  Okay.  And what is your educational background? |
| 01:52PM | 11 | A.  I completed a bachelor's in psychology from Pennsylvania State |
| 01:52PM | 12 | University, I completed a master's in clinical psychology from |
| 01:52PM | 13 | Nova Southeastern University, and a doctorate in clinical |
| 01:52PM | 14 | psychology from Nova Southeastern University. |
| 01:52PM | 15 | Q.  And approximately how long have you worked in the field of |
| 01:52PM | 16 | forensic psychology? |
| 01:52PM | 17 | A.  As a forensic psychologist employed through the Federal |
| 01:52PM | 18 | Detention Center, I have been in that position since 2007. |
| 01:52PM | 19 | However, prior to that I conducted evaluations as an |
| 01:52PM | 20 | independent contractor for the Federal Detention Center. |
| 01:52PM | 21 | MR. THAKUR:  Your Honor, at this time we tender Dr. |
| 01:52PM | 22 | Feldman as an expert in the field of forensic psychology. |
| 01:52PM | 23 | THE COURT:  All right. |
| 01:52PM | 24 | BY MR. THAKUR: |
| 01:52PM | 25 | Q.  Dr. Feldman, how did you become involved in this case? |

Lisa Feldman - Direct (Thakur)

| | | |
|---|---|---|
| 01:52PM | 1 | A. I received a court order directing the evaluation. |
| 01:53PM | 2 | Q. And that is of Salman Rashid? |
| 01:53PM | 3 | A. Yes. |
| 01:53PM | 4 | Q. And how did you go about conducting that assessment? |
| 01:53PM | 5 | A. May I reference my report? |
| 01:53PM | 6 | Q. Yes. |
| 01:53PM | 7 | A. Well, initially I conducted a clinical contact with Mr. Rashid |
| 01:53PM | 8 | to attempt to explain to him the nature and purpose of the |
| 01:53PM | 9 | evaluation and discuss the limits of confidentiality. |
| 01:53PM | 10 | During that meeting it became apparent that Mr. Rashid was |
| 01:53PM | 11 | refusing to cooperate with any of the testing or the interviews, |
| 01:53PM | 12 | so that led me to review collateral records, any available |
| 01:53PM | 13 | collateral record that was available; including the criminal |
| 01:53PM | 14 | complaint for the alleged offense, other court documents, the |
| 01:53PM | 15 | medical records from the Federal Detention Center, and monitored |
| 01:54PM | 16 | telephone conversations and e-mails that Mr. Rashid generated |
| 01:54PM | 17 | while at the FDC. |
| 01:54PM | 18 | Q. How many times did you meet with Mr. Rashid for your |
| 01:54PM | 19 | evaluation? |
| 01:54PM | 20 | A. Three times. |
| 01:54PM | 21 | Q. And do you remember on what dates those were? |
| 01:54PM | 22 | A. Yes.  On January 22nd of 2022, February 10th of 2022, and |
| 01:54PM | 23 | February 28th of 2022. |
| 01:54PM | 24 | Q. And what did you observe during those sessions with Mr. |
| 01:54PM | 25 | Rashid? |

Lisa Feldman - Direct (Thakur)

01:54PM 1 A. During those sessions I observed an impaired mental state.
01:54PM 2    His mood was -- it ranged in intensities. Initially it
01:54PM 3 would start off as a neutral mood; however, when discussing the
01:54PM 4 current evaluation and my request for him to participate in the
01:55PM 5 evaluation, as well as his legal charges, he would become very
01:55PM 6 irritable.
01:55PM 7    His speech was tangential; meaning that he had great
01:55PM 8 difficulty remaining on the topic that I had intended to discuss.
01:55PM 9    He was very evasive and paranoid throughout the evaluation.
01:55PM 10 Q. And based on your sessions with him, as well as review of the
01:55PM 11 collateral records, did you come to a conclusion as to his
01:55PM 12 competency to stand trial?
01:55PM 13 A. Yes.
01:55PM 14 Q. And what is your conclusion?
01:55PM 15 A. I opine that he is incompetent to proceed.
01:55PM 16 Q. And why is that?
01:55PM 17 A. Due to primarily his impaired mental state, that would
01:55PM 18 interfere with his rational appreciation of the charges against
01:55PM 19 him, and his ability to assist his attorney in his defense.
01:56PM 20 Q. And did you come to any conclusion as to whether he suffers
01:56PM 21 currently from mental disorder?
01:56PM 22 A. Yes.
01:56PM 23 Q. What was your conclusion?
01:56PM 24 A. I assigned a diagnosis of unspecified schizophrenia spectrum
01:56PM 25 disorder, which indicates diagnostic uncertainty given the fact

Lisa Feldman - Direct (Thakur)

| | | |
|---|---|---|
| 01:56PM | 1 | that I had no available records to indicate when he began |
| 01:56PM | 2 | experiencing mental health problems, as well as his refusal to |
| 01:56PM | 3 | cooperate during the evaluation. |
| 01:56PM | 4 | Q.  And so is it fair to say your diagnosis of or conclusion of |
| 01:56PM | 5 | incompetence is mainly based on his present inability to assist |
| 01:56PM | 6 | with his own defense? |
| 01:56PM | 7 | A.  Yes. |
| 01:56PM | 8 | Q.  Did Mr. Rashid comment at all or make any indications that he |
| 01:56PM | 9 | suffered from hallucinations during your sessions with him? |
| 01:57PM | 10 | A.  No. |
| 01:57PM | 11 | Q.  And what are your recommendations as to treatment or next |
| 01:57PM | 12 | steps given your diagnosis? |
| 01:57PM | 13 | A.  I recommended what is consistent with the statute of 4241(d), |
| 01:57PM | 14 | that Mr. Rashid be transferred to a federal medical center where |
| 01:57PM | 15 | he would be able to undergo competency restoration treatment, and |
| 01:57PM | 16 | that would also include assessment and possible treatment with |
| 01:57PM | 17 | psychotropic medication. |
| 01:57PM | 18 | Q.  And since it was brought up in the motion, based on your |
| 01:57PM | 19 | opinion and expertise, is MCC Chicago a federal medical center? |
| 01:57PM | 20 | A.  No, it is not.  It is a detention -- I'm sorry, a detention |
| 01:57PM | 21 | center similar to the Federal Detention Center in Miami. |
| 01:57PM | 22 | Q.  And would it be a suitable treatment facility to restore |
| 01:57PM | 23 | competency? |
| 01:58PM | 24 | A.  No.  It is not a federal medical center.  It does not have a |
| 01:58PM | 25 | treatment program that would focus on competency restoration. |

Lisa Feldman - Direct (Thakur)

|        |    |                                                                          |
|--------|----|--------------------------------------------------------------------------|
| 01:58PM | 1  | THE COURT:  Mr. Thakur, similar to what the Court has |
| 01:58PM | 2  | already experienced by way of its authority, unless you are asking |
| 01:58PM | 3  | Dr. Feldman to opine for purposes of giving this transcript to the |
| 01:58PM | 4  | Attorney General, I don't see any need to proceed any further with |
| 01:58PM | 5  | regard to a suitable facility. |
| 01:58PM | 6  | MR. THAKUR:  Yes, Your Honor.  No further questions at |
| 01:58PM | 7  | this time. |
| 01:58PM | 8  | THE COURT:  Mr. Meyers and Mr. Rashid, let me advise you |
| 01:58PM | 9  | that as part of this proceeding, you certainly have the right to |
| 01:58PM | 10 | cross-examine witnesses, as well as testify on your own behalf and |
| 01:58PM | 11 | call witnesses on your own. |
| 01:58PM | 12 | And at this point, Mr. Meyers, if you'd like to proceed |
| 01:58PM | 13 | with cross-examination. |
| 01:58PM | 14 | MR. MEYERS:  Briefly, Your Honor. |
| 01:58PM | 15 | CROSS-EXAMINATION |
| 01:58PM | 16 | BY MR. MEYERS: |
| 01:58PM | 17 | Q.  Good afternoon, Dr. Feldman. |
| 01:58PM | 18 | A.  Good afternoon. |
| 01:58PM | 19 | Q.  You diagnosed Mr. Rashid with an unspecified schizophrenia |
| 01:59PM | 20 | spectrum disorder; correct? |
| 01:59PM | 21 | A.  Yes. |
| 01:59PM | 22 | Q.  And you've been provided a copy of Dr. Marie DiCowden's |
| 01:59PM | 23 | report; correct? |
| 01:59PM | 24 | A.  Yes. |
| 01:59PM | 25 | Q.  And you were able to -- you were able to read that; correct? |

```
01:59PM   1    A.  Yes.
01:59PM   2    Q.  And in that it has a diagnosis of schizoaffective disorder.
01:59PM   3    Did you recall seeing that?
01:59PM   4    A.  Yes.
01:59PM   5    Q.  And being that you diagnosed him with an unspecified
01:59PM   6    schizophrenia spectrum disorder, would schizoaffective disorder be
01:59PM   7    on that spectrum?
01:59PM   8    A.  Yes.
01:59PM   9    Q.  Can you explain how it falls and how schizoaffective disorder
01:59PM  10    and schizophrenia relate?
01:59PM  11    A.  I did not diagnose him with schizophrenia.
01:59PM  12    Q.  Or excuse me.
01:59PM  13         How does schizophrenia disorder fall on the unspecified
01:59PM  14    spectrum -- schizophrenia spectrum?
01:59PM  15    A.  Essentially schizoaffective disorder is a more specific
02:00PM  16    disorder that the evaluator is able to assign.
02:00PM  17         So Dr. DiCowden, based on her evaluation, came to a more
02:00PM  18    specific diagnosis than I did.
02:00PM  19    Q.  Can you explain why?
02:00PM  20    A.  Yes.  I had no available records that established the onset of
02:00PM  21    Mr. Rashid's mental health symptoms, and I also did not have his
02:00PM  22    cooperation throughout the evaluation, and that is why I diagnosed
02:00PM  23    the unspecified.
02:00PM  24              MR. MEYERS:  Thank you.  No further questions.
02:00PM  25              THE COURT:  All right.  Any redirect?
```

Lisa Feldman - Cross (Meyers)

```
02:00PM   1         MR. THAKUR:  No, Your Honor.
02:00PM   2         THE COURT:  Thank you, Dr. Feldman.
02:00PM   3         THE WITNESS:  Thank you.
02:00PM   4         THE COURT:  I appreciate your time.
02:00PM   5         THE WITNESS:  Thank you.
02:00PM   6         (The witness is excused.)
02:00PM   7         (Proceedings were reported and not transcribed.)
          8                    C E R T I F I C A T E
          9         I certify that the foregoing is a correct EXCERPT
         10  transcript from the record of proceedings in the above-entitled
         11  matter.
         12
         13  December 4, 2022                    /s/ Vernita Allen-Williams
         14
         15
```