

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

April 7, 2023

The Honorable Beth Bloom
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

RE: RASHID, Salman
Register Number: 18487-104
Docket Number: 1:19-cr-20803-BB-1

Dear Judge Bloom:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on April 4, 2023, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end August 1, 2023. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

Please be advised we have limited PACER access and therefore request ALL relevant court orders be emailed to ███████████████ ensure we are compliant with all court directives.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Stacey Burroughs, Health Services Assistant, at extension 6030.

Respectfully,

T. Scarantino, Complex Warden

cc: Danielle S. Rosborough/Michael Thakur/Randy Alan Hummel, Assistant United States Attorney
Matthew Patrick Meyers, Defense Attorney