## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cr-20803-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALMAN RASHID,

    Defendant.

_____/

### ORDER ON MOTION TO PERMIT COUNSEL TO TRAVEL

**THIS CAUSE** is before the Court upon the Motion to Permit Counsel to Travel, ("Motion to Travel"), ECF No. [123,] filed by Defendant Salman Rashid's Attorney ad Litem. The Court has reviewed the Motion, the record, and is otherwise fully advised. For the reasons that follow, Defendant's Motion is granted.

In Defendant's Motion, Attorney as Litem Wahid notes that Defendant is housed at FMC Butner in Bahama, North Carolina, and seeks an in-person meeting with Defendant to discuss the medical treatment at issue in this case. The in-person meeting is estimated to take several hours and cannot be done remotely via video conference. ECF No. [123]. The Court agrees that, in orderto provide effective assistance to Defendant, Mr. Wahid needs to meet with Defendant in person to discuss medical treatment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Travel**, ECF No. [123]**, is **GRANTED**.

2. Travel for Mr. Wahid between Miami and FMC Butner, in Bahama, North Carolina is permitted, including car expenses, and one overnight stay in a hotel if needed. Travel

Case No. 19-cr-20803-BLOOM

is anticipated to be June 3, 2024-June 4, 2024.

3. Mr. Wahid must contact the CJA administrator for arrangements and approval of his travel.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 28, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record